IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERLEND TANGEN,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0267-CG-M |
| **IDEACOM OF THE GULF COAST, INC.,** | : |
| | : |
| Defendant. | |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the 12(b)(6) Motion to Dismiss (Doc. 17) is **DENIED**. The defendant's answer to the amended complaint (Doc. 14) shall be filed no later than **August 20, 2012.**

**DONE and ORDERED** this 6th day of August, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE