IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ERLEND TANGEN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. 12-0267-CG-M |
|  | ) |  |
| IDEACOM OF THE GULF COAST, INC. | ) ) ) |  |
|  | ) |  |
| Defendant. | ) |  |

## FINAL JUDGMENT

In accordance with the court's findings entered on October 31, 2013 (Doc. 132) and today (Doc. 142), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of Plaintiff Erlend Tangen and against Defendant Ideacom of the Gulf Coast, Inc, in amount of **$110,500.70**, plus attorney's fees in the amount of **$50,805.00** and costs in the amount of **$3,359.88**.

**DONE** and **ORDERED** this 13th day of February, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE